No. 277. YASA *v.* ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Abraham Lebenkoff* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Kirby W. Patterson* for respondent.

No. 279. EQUITABLE LIFE ASSURANCE SOCIETY *v.* UNITED STATES. Court of Claims. Certiorari denied. *John Lord O'Brian, Daniel M. Gribbon, Robert L. Randall, Robert L. Hogg* and *Stuart McCarthy* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Grant W. Wiprud* and *Jerry M. Hamovit* for the United States.

No. 281. REY *v.* PENN SHIPPING Co., INC. C. A. 2d Cir. Certiorari denied. *Silas Blake Axtell* for petitioner. *Victor S. Cichanowicz* for respondent.

No. 282. TORNEK, TRADING AS ALLEN V. TORNEK CO., *v.* FEDERAL TRADE COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *B. Paul Noble* for petitioner. *Solicitor General Rankin, Assistant Attorney General Bicks, Richard A. Solomon, Daniel J. McCauley, Jr.* and *Alan B. Hobbes* for respondent.

No. 291. GINSBURG *v.* AMERICAN BAR ASSOCIATION ET AL. C. A. 7th Cir. Certiorari denied. *Paul Ginsburg,* petitioner, *pro se. Floyd E. Thompson* for American Bar Association et al. *George B. Christensen* and *Thomas A. Reynolds,* respondents, *pro se* and for other respondents.